UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BRANCH,<br><br>                            Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO; PAUL WARD, an Individual; BILL GORE, an Individual,<br><br>                          Defendants. | Case No.: 15-CV-2336-AJB-KSC<br><br>**ORDER VACATING STAY** |

This case has been stayed since April 19, 2016, pending resolution of Plaintiff's state court criminal case. On June 19, 2017, the Court held a status conference, at which time the parties represented that the state court criminal trial is nearing completion. Accordingly, the Court **VACATES** the stay as of ***June 30, 2017***. (Doc. No. 18.) The Court requests that Magistrate Judge Crawford set a case management conference for some time in late July.

**IT IS SO ORDERED.**

Dated:  June 20, 2017

                                                   Hon. Anthony J. Battaglia
                                                   United States District Judge