DANTE T. PRIDE (SBN 262362)
**THE PRIDE LAW FIRM**
2831 Camino Del Rio S., Suite 104
San Diego, California 92108
Telephone: 619-516-8166
Facsimile: 619-785-3414
dpride@pridelawfirm.com

MARC KOHNEN (SBN 255303)
**THE LAW OFFICE OF MARC S. KOHNEN**
1350 Columbia Street, Suite 700
San Diego, CA 92101
Telephone: 619-398-2500
Facsimile: 619-342-9616
marc@msklawyer.com

Attorneys for Plaintiff
ROBERT BRANCH

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BRANCH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SAN DIEGO; PAUL WARD, an Individual; BILL GORE, an Individual,<br><br>　　　　Defendants. | CASE NO. 15-CV-2336-AJB-KSC<br><br>ASSIGNED FOR ALL PURPOSES TO HONORABLE ANTHONY J. BATTAGLIA<br><br>**SUBSTITUTION OF ATTORNEY FOR PLAINTIFF ROBERT BRANCH, AND PROPOSED ORDER** |

///
///
///
///
///
///
///
///
///

---

THE PRIDE LAW FIRM    SUBSTITUTION OF ATTORNEY    1

I ACCEPT THIS SUBSTITUTION.

Dated: July 17, 2017

**THE PRIDE LAW FIRM**

By: _____
DANTE T. PRIDE
New Attorneys for Plaintiff
ROBERT BRANCH

Dated: July 17, 2017

**LAW OFFICES OF MARC KOHNEN**

By: _____
MARC KOHNEN
New Attorneys for Plaintiff
ROBERT BRANCH

1
2  THE COURT AND ALL PARTIES ARE HEREBY NOTIFIED THAT:
3  Plaintiff ROBERT BRANCH hereby substitutes Dante T. Pride of The Pride Law
4  Firm, 2831 Camino Del Rio South, Suite 104, San Diego, California 92108, and Marc
5  Kohnen of The Law offices of Marc Kohnen, 1350 Columbia St., Suite 700, San Diego,
6  CA 92101, as his attorneys of record in the above-referenced action in place of Steve
7  Hoffman and Daniel Gilleon.
8  Dated: July 17, 2017                By: _____
                                            ROBERT BRANCH, Plaintiff

10  I CONSENT TO THIS SUBSTITUTION.

12  Dated: July 17, 2017                GILLEON LAW FIRM

16                                      By: _____
                                            DANIEL GILLEON
17                                          Present Attorneys for Plaintiff
                                            ROBERT BRANCH

19  Dated: July 17, 2017                LAW OFFICE OF STEVE HOFFMAN

23                                      By: _____
24                                          STEVE HOFFMAN
                                            Present Attorneys for Plaintiff
25                                          ROBERT BRANCH

THE PRIDE LAW FIRM
SUBSTITUTION OF ATTORNEY                    2