UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BRANCH,<br><br>                Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO; PAUL WARD, an Individual; BILL GORE, an Individual,<br><br>                Defendants. | Case No.: 15-CV-2336-AJB-KSC<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

The Court vacated the stay in this case as of June 30, 2017. [Doc. No. 23.] An Early Neutral Evaluation in this case was held on February 24, 2016. [Doc. No. 13.] The case did not settle at the ENE. In light of the procedural posture of this case, the Court issues the following orders:

1) The Rule 26(f) conference shall be completed before **August 7, 2017**.
2) A discovery plan shall be lodged with Magistrate Judge **Karen S. Crawford** by emailing the plan to efile_crawford@casd.uscourts.gov, on or before **August 14, 2017**. The parties should consult both Judge Crawford's and the assigned District Judge's Civil Chambers Rules in drafting the plan. A courtesy paper copy of the plan shall be delivered to Judge Crawford's Chambers if the plan

with its attachments exceeds 20 pages. The plan must be one document and must explicitly cover the parties' views and proposal for each item identified in Fed. R. Civ. P. 26(f)(3) as well as the following:

    i. Regarding each witness, the plan will include the name, most current address, most current phone number, and a brief description of the subject matter of his/her testimony; and,

    ii. The anticipated dates for the completion of both non-expert discovery and expert discovery.

The Court will issue a Scheduling Order following the CMC addressing these issues and setting dates as appropriate.

3) The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before **August 17, 2017**.

4) Pursuant to Federal Rule of Civil Procedure 16(b), a counsel-only telephonic Case Management Conference has been set for **August 31, 2017** at **2:00 p.m.** before Magistrate Judge Karen S. Crawford. Plaintiff's counsel shall initiate the telephonic conference by calling into Chambers at the appointed time with all parties already on the line.

**IT IS SO ORDERED.**

Dated: July 25, 2017

Hon. Karen S. Crawford
United States Magistrate Judge